**EXHIBIT A**



1
EXHIBIT A



EXHIBIT A