# EXHIBIT B













































































































































